Reginald L. Ivy

9846 Edgefield Dr.

Moline Acres, Mo. 63136

| | |
|---|---|
| Reginald L. Ivy  9846 Edgefield Dr. Moline Acres, Mo 63136<br>Petitioner,<br><br>vs.<br><br>Commissioner of the<br><br>Internal Revenue<br><br>Respondent. | IN THE UNITED STATES<br><br>DISTRICT COURT FOR THE<br><br>DISTRICT OF COLUMBIA<br><br><br>Case: 1:15-cv-01976<br>Assigned To : Contreras, Rudolph<br>Assign. Date : 11/6/2015<br>Description: Pro Se Gen. Civil  (F Deck) |

## COMPLAINT

### PETITION FOR DECLARATORY JUDGEMENT

### PESUIT TO TITLE 28 sec.2201

Comes now, the petitioner, Reginald L. Ivy, respectfully ask this court for Declaratory Judgment against the Commissioner of the Internal Revenue Service. Please be advised that prior actions were filed in the US Tax count in the month of May of 2014, but it was dismissed, the following September 12 due to lack of jurisdiction. An appeal was taken and was dismissed on July 21 of this year.

### Statement of the Issues

In the month of September of 2013, I discovered that my 2011 tax return was fraudulently filed. The recovery process was finalized on January 14, 2014.



RECEIVED
Mail Room

OCT 2 6 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

During the month, the IRS made a decision to allow a previous account holder to retain funds which would have been sent to me by means of my 2011 tax refund.

According to court records, the IRS made its decision in compliance with Title 26 sec. 6402 and 31CFR sec. 285.2.

The petitioner disagrees.

### Point of Issues

26 sec. 6402 and 31CFR sec. 285.2 applies to past-due debts. When the IRS made its decision to allow the previous account holder to retain my 2011 tax refund, it was made when the account was paid-in-full not past-due, contrary to the statutes.

### Reasons for Declaratory Judgment

Since this action is not considered a deficiency, we should consider the action a wrongful offset.

The offset is in violation of Amendment 8; excessive fine; of the US Constitution, and as mentioned it's in conflict with Title 26 sec. 6402 and 31CFR sec. 285.2.

### Relief Asked For

The petitioner is respectfully asking for relief under Title 26 sec. 7433. This will feature the return of the funds which was wrongfully taken, damages and/or expenses, because of the offset, and punitive relief.

---

The previous account was a student loan which was in default (until August 2013) during the fraudulent return. The previous account holder was the Missouri Dept. of Higher Ed., who received funds from the tax return, but return only portions to the treasury dept.[Type text]

## Briefing Advisory

Please be advised that additional filing can and will follow this submission with the case number.

With this petition, the petitioner respectfully asks the court to allow him to proceed for relief.

dated: 10/20/15

Respectfully submitted,

*Reginald J Ivy*

Ivy, Reginald L.;

the petitioner.

(314) 610-4330

The previous account was a student loan which was in default (until August 2013) during the fraudulent return. The previous account holder was the Missouri Dept. of Higher Ed., who received funds from the tax return, but return only portions to the treasury dept.[Type text]